1  H. SINCLAIR KERR, JR. (61713)
   ALEX K. GRAB (203002)
2  **KERR & WAGSTAFFE LLP**
   100 Spear Street, Suite 1800
3  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
4  Fax: (415) 371-0500

5  Attorneys for Plaintiff
   HELEN SEDWICK

FILED

DEC 0 6 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| HELEN SEDWICK, on behalf of herself and those similarly situated, | Case No. C 05-04148 MJJ |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | |
| BANK OF AMERICA, a corporation, | |
| Defendant. | |

KERR
&
WAGSTAFFE
LLP

Case No. C 05-04148 MJJ                                          STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties through their counsel that this action should be and hereby is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear her or its own attorneys' fees and costs.

DATED: December 2, 2005

**KERR & WAGSTAFFE LLP**

By /s/ Alex K. Grab
_____
ALEX K. GRAB

Attorneys for Plaintiff
HELEN SEDWICK

DATED: December 2, 2005

**MORRISON & FOERSTER LLP**

By /s/ Gregory Dresser
_____
GREGORY DRESSER

Attorneys for Defendant
BANK OF AMERICA

23074

**IT IS SO ORDERED**

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

12/2/05
DATE

Case No. C 05-04148 MJJ        — 1 —        STIPULATION OF DISMISSAL